IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. |
| | ) | |
| Plaintiff, | ) | JUDGE |
| | ) | |
| v. | ) | |
| | ) | |
| $22,955.00 U.S. CURRENCY SEIZED ON | ) | |
| FEBRUARY 28, 2019, BY HOMELAND | ) | |
| SECURITY INVESTIGATIONS, | ) | |
| | ) | |
| Defendant. | ) | **NOTICE OF FORFEITURE** |

To:  Jashawn Joyner
c/o David Glenn Phillips, Esq. - Attorney for Jashawn Joyner
The Brown Hoist Building
4403 St. Clair Avenue
Cleveland, Ohio  44103

The above-captioned forfeiture action was filed in U.S. District Court on August 21,

2019. A copy of the Complaint in Forfeiture is attached. If you (Jashawn Joyner) claim an

interest in the defendant currency, the following applies.

Pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime Claims and

Asset Forfeiture Actions, you are required to file with the Court, and serve upon James L.

Morford, plaintiff's attorney, whose address is United States Attorney's Office, 400 United

States Court House, 801 West Superior Avenue, Cleveland, Ohio 44113, a verified claim to the

defendant currency within 35 days after your receipt of the complaint. The claim shall contain

the information required by Supplemental Rule G(5). Additionally, you must file and serve an

answer to the complaint, or a motion under Rule 12 of the Federal Rules of Civil Procedure,

within 20 days after the filing of the claim, exclusive of the date of filing.  If you fail to do so,

judgment will be taken for the relief demanded in the complaint.

Respectfully,

Justin E. Herdman
U.S. Attorney, Northern District of Ohio

By: _____

James L. Morford (Ohio: 0005657)
Assistant United States Attorney, N.D. Ohio
Carl B. Stokes U.S. Court House
801 West Superior Avenue, Suite 400
Cleveland, Ohio  44113
216.622.3743 / Fax: 216.522.7499
James.Morford@usdoj.gov

Date: August 21, 2019

2